UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIJAH JAMES PARFAIT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7023** |
| **JERRY J. LARPENTER, ET AL.** | **SECTION: "A"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Sheriff Jerry J. Larpenter, Warden Claude Triche, Assistant Warden Stephen Bergeron, Medical Administrator Richard Neal, Nurse Monique Scales, and Officer Daniel Berrera are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Corporal Chase Blanchard are allowed to proceed pending further development.

New Orleans, Louisiana, this 29th day of January, 2019.

_____
**UNITED STATES DISTRICT JUDGE**